# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ALEXIS ACEA-MARTINEZ, §<br>*Plaintiff* §<br>§<br>v. §<br>§<br>KRISTI NOEM, SECRETARY, U.S. §<br>DEPARTMENT OF HOMELAND §<br>SECURITY; TODD M. LYONS, ACTING §<br>DIRECTOR OF ICE; PAMELA BONDI, §<br>U.S. ATTORNEY GENERAL; §<br>SYLVESTER M ORTEGA, FIELD §<br>OFFICE DIRECTOR OF §<br>ENFORCEMENT AND REMOVAL §<br>OPERATIONS, SAN ANTONIO FIELD §<br>OFFICE, IMMIGRATION AND §<br>CUSTOMS ENFORCEMENT; ROSE §<br>THOMPSON, WARDEN OF KARNES §<br>COUNTY RESIDENTIAL CENTER; AND §<br>DEPARTMENT OF HOMELAND §<br>SECURITY, §<br>*Defendant* § | Case No. SA-25-CA-01390-XR |

## ORDER FOR SERVICE AND FOR BRIEFING

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Alexis Acea-Martinez, who is currently detained at the Karnes Detention Center in Karnes City, Texas, located in the Western District of Texas. ECF No. 1.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), Petitioner's Motion for a Temporary Restraining Order (ECF No. 2), and this Order. Delivery by certified mail return receipt of those same documents shall constitute sufficient service of process on respondents: Kristi Noem, Secretary of the Department of Homeland Security; Todd M. Lyons, Acting Director of ICE; Pamela Bondi, U.S. Attorney General; Sylvester M Ortega,

Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; and the Department of Homeland Security.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden of Karnes County Residential Center, 409 FM 1144, Karnes City, TX 78118, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), Petitioner's Motion for a Temporary Restraining Order (ECF No. 2), and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process.

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition within (3) days of the date of service. See 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243. *See id.* (noting, a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 29th day of October, 2025.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE